VAN RENSSELAER LAND COMPANY, Appellant, *v.* GEORGE PALMATEER et al., Respondents.

*Van Rensselaer Land Co.* v. *Palmateer,* 140 App. Div. 946, affirmed.
(Argued May 14, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 19, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term, a jury having been waived, in an action of ejectment.

*Marcus T. Hun* for appellant.

*John A. Delehanty* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HAIGHT, WERNER, HISCOCK, CHASE and COLLIN, JJ. Not voting: CULLEN, Ch. J., and WILLARD BARTLETT, J.